■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER VASSELL, Appellant. [658 NYS2d 950] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered January 5, 1995, convicting him of murder in the second degree and assault in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. O'Brien, J. P., Goldstein, McGinity and Luciano, JJ., concur.